**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LAMAR KEMP                                                                                          PETITIONER
ADC #085183

V.                             NO. 5:16cv00231-KGB-JTR

WENDY KELLEY, Director,                                                                       RESPONDENT
Arkansas Department of Correction

## RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### I. Introduction

Petitioner, Lamar Kemp ("Kemp"), an Arkansas Department of Correction inmate, has filed this § 2254 Petition for Writ of Habeas Corpus, and a Motion for Leave to Proceed *In Forma Pauperis*. *Docs. 1 & 3*. In his Petition, he raises various habeas claims challenging his 1985 and 1986 convictions, in Pulaski County Circuit

Court, for aggravated robbery and robbery.[1]

On December 20, 1989, Kemp filed a § 2254 habeas action in the Eastern District of Arkansas, challenging the same convictions. *Kemp v. Lockhart*, E.D. Ark. No. 5:89cv00709-GH. On August 29, 1990, United States District Judge George Howard, Jr. dismissed that case, with prejudice. *Id. at docs. 17 & 18*. Kemp did not appeal the denial of habeas relief.

On January 17, 1995, Kemp filed a second § 2254 habeas action in the Eastern District of Arkansas. *Kemp v. Norris*, E.D. Ark. No. 5:95cv00058-GH. On September 1, 1995, at Kemp's request, Judge Howard dismissed the case, without prejudice, so that Kemp could exhaust his state remedies. *Id. at docs. 11 & 12*. Kemp did not appeal.

On August 8, 2001, Kemp filed a third § 2254 habeas action, in the Eastern District of Arkansas. Judge Howard dismissed the action as a successive § 2254 petition which was initiated without first obtaining the required authorization from the Eighth Circuit Court of Appeals. *Kemp v. Norris*, No. 5:01cv00263-GH (E.D. Ark. Aug. 29, 2001). Kemp did not appeal.

On January 14, 2004, Kemp filed a fourth § 2254 habeas action, in the Eastern District of Arkansas. Judge Howard again dismissed the action as an unauthorized

---

[1] Kemp was sentenced to two life imprisonment terms and two thirty-year terms, all to be served concurrently.

successive § 2254 petition. *Kemp v. Arkansas*, No. 5:04cv00016-GH (E.D. Ark. Jan. 29, 2004). Kemp did not appeal.

According to the Eighth Circuit's records, Kemp has never filed an application for authorization to file a successive § 2254 petition.

On July 25, 2016, Kemp initiated this habeas action, which once again collaterally attacks his 1985 and 1986 convictions for aggravated robbery and robbery. For the reasons discussed below, the Court recommends that the case be dismissed, sua sponte, because Kemp has not obtained the required permission from the Eighth Circuit Court of Appeals to file a successive habeas action. *See* Rule 4, Rules Governing § 2254 Cases in United States District Courts.

## II. Discussion

This is another successive § 2254 habeas action challenging Kemp's 1985 and 1986 state convictions. Only the Eighth Circuit Court of Appeals has the authority to grant permission to file such a successive § 2254 habeas action. *See* 28 U.S.C. § 2244(b)(3)(A) ("Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."). Until Kemp obtains the required authorization from the Eighth Circuit, this Court lacks jurisdiction to proceed. *Burton v. Stewart*, 549 U.S. 147, 152-53, 157 (2007).

## III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.  Kemp's Motion for Leave to Proceed *In Forma Pauperis*, *Doc. 3*, be GRANTED;

2.  This 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 1*, be DISMISSED, WITHOUT PREJUDICE, so that Kemp may seek authorization from the Eighth Circuit Court of Appeals, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition; and

3.  A Certificate of Appealability be DENIED, *see* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

DATED this 29th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE