IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LAMAR KEMP**
**ADC # 085183**                                                                                     **PETITIONER**

v.                          Case No. 5:16-cv-00231-KGB/JTR

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that this 28 U.S.C. § 2254 action is dismissed without prejudice.

So adjudged this 1st day of December, 2016.

_____
Kristine G. Baker
United States District Judge